UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 29 PM 4: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

U.S.A. vs. **PAMELA MICHELLE CARTER**        Docket No. 2:02CR20246-01

### Petition on Probation and Supervised Release

**COMES NOW MARNIE KLYMAN, PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Pamela Michelle Carter who was placed on supervision by the Honorable Samuel H. Mays, Jr., sitting in the Court at Memphis, TN on the 26th day of November, 2002 who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without the approval of the Probation Officer.

2. The defendant shall provide the Probation Officer access to any requested financial information.

3. The defendant shall provide third- party risk notification.

4. The defendant shall pay restitution in the amount of $11,000.00 (Remaining Balance: $8,205.00).

   * Term of Supervised Release began November 26, 2002.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

It appears Ms. Carter will be unable to satisfy her outstanding balance prior to her expiration date. Ms. Carter has made a good faith effort to satisfy the Court's order. She has made consistent payments ranging from $25.00 to $300.00 per month. Ms. Carter has signed a payment agreement with the United States Attorney (Financial Litigation Unit), wherein she has agreed to pay $120.00 per month toward her Federal debt until such debt is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that Pamela Michelle Carter's supervision terminate as scheduled on November 25, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

**ORDER OF COURT**

Considered and ordered this 29th day of Sept., 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Marnie Klyman_
Marnie Klyman
United States Probation Officer

**Place** Memphis, Tennessee

**Date** September 29, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-3-05

2⑥

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:02-CR-20246 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT